IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OWNERS INSURANCE COMPANY, a Michigan corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>BULLOCK BUILDING COMPANY, LLC, an Idaho limited liability company; and ZACHARY BULLOCK, an individual<br><br>            Defendants. | Case No.  1:23-cv-00394-AKB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

      Based upon the parties' Stipulated Motion for Dismissal with Prejudice (Dkt. 19), and for good cause appearing,

      **IT IS HEREBY ORDERED** the above-entitled case is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney fees.

DATED: August 27, 2024

*Amanda K. Brailsford*
**Amanda K. Brailsford**
U.S. District Court Judge

ORDER DISMISSING CASE WITH PREJUDICE - 1